

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2025

No. 04-25-00084-CR

Samuel Ruiz **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 1983CR0095
Honorable Kristina Escalona, Judge Presiding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

In accordance with the court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

It is so **ORDERED** on June 4, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court